

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

RUBEN A. REYES

Case No. 2:17mj581
Court Date: December 4, 2017

### CRIMINAL INFORMATION

(Misdemeanor) – Violation Notice No. 6339356

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 6, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, RUBEN A. REYES, did unlawfully fail to stop at the scene of a vehicle accident in which he was involved and which did result in damage to an unattended vehicle, and he did fail to leave a note and other sufficient information including his identification and contact information at the scene of the accident.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-896 & 46.2-900.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

20 November 2017
Date